Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–11990–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Francis J Gillen
  4 Kenneth Court
  Sewell, NJ 08080

Social Security No.:
  xxx–xx–4626

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 26, 2017.

On 05/07/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              June 13, 2018
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 7, 2018
JAN: bed

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Francis J Gillen  
    Debtor

Case No. 17-11990-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: May 07, 2018  
                 Form ID: 185     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.

```
db              +Francis J Gillen,    4 Kenneth Court,    Sewell, NJ 08080-4115
516623359       +Bank Of America Home Loans,    PO Box 15222,    Wilmington, DE 19886-5222
516857609        Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516623360       +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516623363      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                (address filed with court:  Forster, Garbus & Garbus,    60 Motor Parkway,
                  Commack, NY 11725-5710)
516623362       +First Premier,    3820 N. Lousie Ave,    Sioux Falls, SD 57107-0145
516623365       +Gloucester County Special Civil,    1 N Broad Street,    Woodbury, NJ 08096-4602
516623364       +Gloucester County Special Civil,    1 North Broad Street,    C/O sc 00118510,
                  Woodbury, NJ 08096-4602
516623366       +Gloucester County Special Civil,    1 North Broad Street,    Woodbury, NJ 08096-4602
516623370        IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516623374       +Marksman Landscape,    1975 Erial Rd,    Blackwood, NJ 08012-4482
516623376        Pioneer Credit Recovery Inc,    P.O. Box 1018,    Moorestown, NJ 08057-0018
516623378       +Quality Assest Recovery,    7 Foster Ave STE 101,    Gibbsboro, NJ 08026-1191
516790079      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516623380       +State Of New Jersey,    P.O. Box 445,    Department Of Treasury,    Trenton, NJ 08695-0445
516623382       +Sun East Federal Credit Union,    P.O. Box 2231,    Aston, PA 19014-0231
516623383       +Universal Recovery Corp,    2880 Sunrise Blvd, Ste 138,    Rancho Cordova, CA 95742-6103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:02      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:01      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516762560        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2018 23:51:22
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
516623358        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 07 2018 23:46:58      Asset Acceptance,
                  Po Box 2036,    Warren, MI 48090-2036
516623361       +E-mail/Text: bknotices@fenton-mcgarvey.com May 07 2018 23:46:25      Fenton & McGarvey,
                  2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
516623371       +E-mail/Text: cio.bncmail@irs.gov May 07 2018 23:46:38      IRS,   1601 Market St,
                  Philadelphia, PA 19103-2301
516623373       +E-mail/PDF: gecsedi@recoverycorp.com May 07 2018 23:42:20      Jc Penney,   P.O. Box 965007,
                  Orlando, FL 32896-5007
516809192       +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2018 23:47:01      MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN, MI 48090-2011
516623375       +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2018 23:47:01      Midland Funding,
                  8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
516623377        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2018 23:40:03
                  Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
516623379       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 07 2018 23:42:38      Regional Acceptance Corp,
                  PO Box 830913,    Birmingham, AL 35283-0913
516644166        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 07 2018 23:42:38      Regional Acceptance Corporation,
                  PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516623367*      +Gloucester County Special Civil,    1 N Broad Street,    Woodbury, NJ 08096-4602
516623368*      +Gloucester County Special Civil,    1 N Broad Street,    Woodbury, NJ 08096-4602
516623369*       IRS,    PO Box 744,    Springfield, NJ 07081-0744
516623372*      +Irs,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516623381*      +State Of New Jersey,    P.O. Box 445,    Department Of Treasury,    Trenton, NJ 08695-0445
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 07, 2018
                              Form ID: 185             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Seymour  Wasserstrum    on behalf of Debtor Francis J Gillen mylawyer7@aol.com,  ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```