Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–11990–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis J Gillen
   4 Kenneth Court
   Sewell, NJ 08080

Social Security No.:
   xxx–xx–4626

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          June 25, 2019
Time:          10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*63* – Certification in Opposition to (related document:62 Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 05/31/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Seymour Wasserstrum on behalf of Francis J Gillen. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.


Dated: June 3, 2019
JAN: bed

                                                      Jeanne Naughton
                                                      Clerk