Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−11990−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis J Gillen
   4 Kenneth Court
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4626

Employer's Tax I.D. No.:

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 October 22, 2019
Time:               10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**77** – Certification in Opposition to (related document:76 Creditor's Certification of Default (related document:70 Order (Generic)) filed by Rebecca Ann Solarz on behalf of BANK OF AMERICA, N.A.. Objection deadline is 09/27/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Seymour Wasserstrum on behalf of Francis J Gillen. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: September 30, 2019
JAN: bed

                                                                            Jeanne Naughton
                                                                            Clerk