Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−11990−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Francis J Gillen
  4 Kenneth Court
  Sewell, NJ 08080

Social Security No.:
  xxx−xx−4626

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 3, 2019
JAN: bc

                                                                Jeanne Naughton
                                                                Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                      Case No. 17-11990-ABA
Francis J Gillen                                            Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2        Date Rcvd: Dec 03, 2019
                              Form ID: 148             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db             +Francis J Gillen,    4 Kenneth Court,    Sewell, NJ 08080-4115
516623363      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                 (address filed with court: Forster, Garbus & Garbus,    60 Motor Parkway,
                 Commack, NY 11725-5710)
516623361      +Fenton & McGarvey,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
516623365      +Gloucester County Special Civil,    1 N Broad Street,    Woodbury, NJ 08096-4602
516623364      +Gloucester County Special Civil,    1 North Broad Street,    C/O sc 00118510,
                 Woodbury, NJ 08096-4602
516623366      +Gloucester County Special Civil,    1 North Broad Street,    Woodbury, NJ 08096-4602
516623374      +Marksman Landscape,    1975 Erial Rd,    Blackwood, NJ 08012-4482
516623376       Pioneer Credit Recovery Inc,    P.O. Box 1018,    Moorestown, NJ 08057-0018
516623378      +Quality Assest Recovery,    7 Foster Ave STE 101,    Gibbsboro, NJ 08026-1191
516790079      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516623380      +State Of New Jersey,    P.O. Box 445,    Department Of Treasury,    Trenton, NJ 08695-0445
516623382      +Sun East Federal Credit Union,    P.O. Box 2231,    Aston, PA 19014-0231
516623383      +Universal Recovery Corp,    2880 Sunrise Blvd, Ste 138,    Rancho Cordova, CA 95742-6103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516762560       EDI: AIS.COM Dec 04 2019 04:38:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
516623358       EDI: ACCE.COM Dec 04 2019 04:38:00     Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
516623359      +EDI: BANKAMER.COM Dec 04 2019 04:38:00     Bank Of America Home Loans,    PO Box 15222,
                 Wilmington, DE 19886-5222
516857609       EDI: BANKAMER.COM Dec 04 2019 04:38:00     Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
516623360      +EDI: CAPITALONE.COM Dec 04 2019 04:38:00     Capital One Bank,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
516623362      +EDI: AMINFOFP.COM Dec 04 2019 04:38:00     First Premier,    3820 N. Lousie Ave,
                 Sioux Falls, SD 57107-0145
516623371      +EDI: IRS.COM Dec 04 2019 04:38:00     IRS,    1601 Market St,    Philadelphia, PA 19103-2301
516623373      +EDI: RMSC.COM Dec 04 2019 04:38:00     Jc Penney,    P.O. Box 965007,    Orlando, FL 32896-5007
516809192      +EDI: MID8.COM Dec 04 2019 04:38:00     MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516623375      +EDI: MID8.COM Dec 04 2019 04:38:00     Midland Funding,    8875 Aero Dr, Ste 200,
                 San Diego, CA 92123-2255
516623377       EDI: PRA.COM Dec 04 2019 04:38:00     Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
516623379      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 04 2019 00:31:38     Regional Acceptance Corp,
                 PO Box 830913,    Birmingham, AL 35283-0913
516644166       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 04 2019 00:31:38     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516623367*     +Gloucester County Special Civil,    1 N Broad Street,    Woodbury, NJ 08096-4602
516623368*     +Gloucester County Special Civil,    1 N Broad Street,    Woodbury, NJ 08096-4602
516623369*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
516623370*      IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516623372*     +Irs,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516623381*     +State Of New Jersey,    P.O. Box 445,    Department Of Treasury,    Trenton, NJ 08695-0445
                                                                                 TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin                Page 2 of 2               Date Rcvd: Dec 03, 2019
                              Form ID: 148               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Francis J Gillen mylawyer7@aol.com,  ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```